THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HELEN FOWLER and GEORGE F. KNIGHT, Appellants.

Argued June 12, 1944; decided July 19, 1944.

*Earl W. Brydges* and *Louis E. Rotella* for Helen Fowler, appellant.

*J. William O'Brien* and *Charles M. Hustleby* for George F Knight, appellant.

*John S. Marsh, District Attorney,* for respondent.

Judgments of conviction affirmed; no opinion. (See 293 N. Y. 773.)

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.